# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number:
Relational, LLC

v.

Bestel Communications, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff, Relational, LLC

```
FILED: JULY 2, 2008
08CV3777
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COX
MKH
```

| NAME (Type or print) |
|---|
| Kenneth B. Drost |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kenneth B. Drost |

| FIRM |
|---|
| Kenneth B. Drost, P.C. |

| STREET ADDRESS |
|---|
| 111 Lions Drive, Suite 206 |

| CITY/STATE/ZIP |
|---|
| Barrington, IL  60010 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03123292 | 847-381-1070 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |