UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RELATIONAL, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-C3777 |
| | ) | Hon. Judge Der-Yeghiayan |
| vs. | ) | Mag. Judge Cox |
| | ) | |
| BESTEL COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE OF GAVIN J. FLEMING, ESQ.

Please take notice that Gavin J. Fleming, Esq. hereby enters his appearance on behalf of Bestel Communications, LLC.

    Respectfully submitted:

    /s/ Gavin J. Fleming
    Gavin J. Fleming (ARDC #06281396)
    Attorney for Defendants
    30665 Northwestern Highway, Suite 100
    Farmington Hills, Michigan 48334
    (248) 932-1101
    gfleming@bealshubbard.com

Dated: August 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that August 29, 2008, I electronically filed the Appearance of Gavin J. Fleming, Esq. with the Clerk of the Court for the Northern District of Illinois using the ECF system which will send notification of such filing to the following registered participants of the ECF system as listed on the Court's Notice of Electronic Filing.

By: /s/ Leisanne Smeadala  
Leisanne Smeadala  
Legal Assistant  
Beals Hubbard, PLC  
30665 Northwestern Hwy., Ste. 100  
Farmington Hills, MI  48334  
(248) 932-1101  
lsmeadala@bealshubbard.com

Dated: August 29, 2008