IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Relational, LLC, a Delaware Limited Liability Company )<br><br>Plaintiff, )<br><br>v. )<br><br>Bestel Communications, Inc., a Georgia corporation )<br><br>Defendant. ) | No. 08 C 3777<br><br>Honorable Samuel Der-Yeghiayan<br><br>Magistrate Judge Susan E. Cox |

## JOINT[1] INTIAL STATUS REPORT

Plaintiff Relational, LLC, ("Relational"), by its attorneys, submit this Initial Status Report pursuant to the standing order of this Court:

<u>Parties and Counsel</u>:

Relational is represented by:

Kenneth B. Drost
Kenneth B. Drost, P.C.
111 Lions Drive
Suite 206
Barrington, IL 60010
(847) 381-1070

Bestel is represented by:

Gavin John Fleming
Beals Hubbard, PLC

---

[1] Counsel for Relational spoke briefly with counsel for Defendant Bestel Communications, Inc. ("Bestel") at the time that an appearance was filed in this case. Counsel for Bestel indicated that he did not have information from his client sufficient to permit the preparation of this report, but promised to contact counsel for Relational in sufficient time to permit the timely filing of this report. As of the filing of this report, counsel for Bestel has not contacted counsel for Relational, and has not returned telephone calls seeking input for the preparation of this report.

30665 Northwestern Highway, Ste, 100
Farmington Hills, MI 48334
(248) 932-1101

1. <u>Nature of claims and counterclaims</u>:

Relational claims that Bestel breached a written Master Lease Agreement by failing to make installment payments when due. Count I of the Complaint alleges a cause of action for detinue. Count II alleges a cause of action for breach of contract.

2. <u>Relief sought by plaintiff</u>:

Relational seeks the return of the leased equipment and the accellerated unpaid rental payments.

3. <u>Names of parties not served</u>:

None.

4. <u>Principal legal issues</u>:

Relational's right to possession of the equipment; Bestel's liability to Relational for breach of contract.

5. <u>Principal factual issues</u>:

Whether Bestel made rental payments to Relational under the contract when due.

6. <u>List of pending motions and brief summary of bases for motions</u>:

None as of yet. It is anticipated that Bestel will request additional time to answer the Complant.

7. <u>Description of discovery requested and exchanged</u>:

None. Bestel has not yet answered the Complaint. An answer was due on August 29,

2008.

8. <u>Type of discovery needed</u>:

Relational cannot determine what, if any discovery will be required until Bestel answers the Complaint. Relational does not presently believe that the material facts are disputed.

9. Proposed dates:

   (a) <u>26(a)(1) disclosures</u>:

   September 30, 2008.

   (b) <u>Fact discovery completion</u>:

   October 31, 2008.

   (c) <u>Expert discovery completion</u>:

   Relational does not believe expert testimony will be necessary.

   (d) <u>Filing of dispositive motions</u>:

   November 30, 2008

   (e) <u>Filing of a final pretrial order</u>:

   Within 30 days of ruling on dispositive motions.

10. <u>Estimation of when the case will be ready for trial</u>:

Relational seeks an expedited resolution of its claim for detinue, as the equipment continues to depreciate in value. Relational can be ready for a trial on this claim within sixty (60) days. Relational believes that its claim for breach of contract is capable of disposition by motion; however, if such motion is unsuccessful, Relational can be ready for trial within thirty (30) days of decision on such motion.

11. <u>Probable length of trial</u>:

One day.

12. <u>Whether a request has been made for a jury trial</u>:

No.

13. <u>Whether there have been settlement discussions</u>:

None as of yet.

14. <u>Whether the parties consent to proceed before a Magistrate Judge</u>:

Relational consents to proceed before a Magistrate Judge.

                                                Respectfully submitted,

                                                Relational, LLC

                                                By: /s/ Kenneth B. Drost
                                                   One of its Attorneys

Kenneth B. Drost, Esq.
Kenneth B. Drost, P.C.
111 Lions Drive, Suite 206
Barrington, Illinois 60010
(847) 381-1070
Attorney No. 03123292