IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Relational, LLC, a Delaware Limited Liability Company | ) ) ) | |
| | ) | No.  08 C 3777 |
| Plaintiff, | ) ) | |
| v. | ) ) | Honorable Samuel Der-Yeghiayan |
| Bestel Communications, Inc., a Georgia corporation | ) ) ) | Magistrate Judge Susan E. Cox |
| Defendant. | ) ) | |

## NOTICE OF FILING

**To:**   Gavin John Fleming
Beals Hubbard, PLC
30665 Northwestern Highway, Ste, 100
Farmington Hills, MI 48334

PLEASE TAKE NOTICE, that on   September 5, 2008  , we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Joint Initial Status Report, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

Relational, LLC


By:  /s/ Kenneth B. Drost
One of its attorneys


I, Kenneth B. Drost, an attorney, hereby certify that I served a copy of the attached and foregoing Notice Of Filing and Joint Initial Status Report on each party of record through the Court's CF/ECM filing system, on September 5, 2008, before the hour of 5:00 p.m.


  /s/ Kenneth B. Drost
Kenneth B. Drost


Kenneth B. Drost
Attorney for Plaintiff
111 Lions Drive, Suite 206
Barrington, IL  60010
(847) 381-1070
Atty No. 03123292