IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Relational, LLC, a Delaware Limited Liability Company )<br>)<br>)<br>Plaintiff,   )<br>)<br>v.    )<br>)<br>Bestel Communications, Inc., a Georgia corporation )<br>)<br>)<br>Defendant.   ) | No.  08 C 3777<br><br><br>Honorable Samuel Der-Yeghiayan<br><br>Magistrate Judge Susan E. Cox |

## JOINT[1] JURISDICTIONAL STATUS REPORT

Plaintiff Relational, LLC, ("Relational"), by its attorneys, submit this Jurisdictional Status Report pursuant to the standing order of this Court:

I.    Subject Matter Jurisdiction:

Subject matter jurisdiction is predicated on diversity of citizenship.  Relational is a Delaware limited liability company whose sole member is Rosemont Leasing, Inc.  Rosemont Leasing, Inc. is a Delaware corporation whose principal place of business is in Rolling Meadows, Illinois.  Bestel is a Georgia corporation whose principal place of business is in Atlanta, Georgia. Attached hereto are search results for the secretary of state websites for Delaware (for Relational and Rosemont Leasing), Illinois (for Relational) and Georgia (for Bestel).

The Complaint seeks damages for breach of a written agreement for the lease of

---

[1]Counsel for Relational spoke briefly with counsel for Defendant Bestel Communications, Inc. ("Bestel") at the time that an appearance was filed in this case.  Counsel for Bestel indicated that he did not have information from his client sufficient to permit the preparation of this report, but promised to contact counsel for Relational in sufficient time to permit the timely filing of this report.  As of the filing of this report, counsel for Bestel has not contacted counsel for Relational, and has not returned telephone calls seeking input for the preparation of this report.

equipment, copies of which are attached to the Complaint. The agreements give Relational the right to accelerate rental payments upon default. The total accelerated, accrued and unpaid rentals total $2234,681.32, as of May 1, 2008.

    II.    <u>Venue (Plaintiff's Position)</u>:

The documents executed by the parties and attached to the Complaint provide that any action arising out of or relating to the documents will be commenced exclusively in any state or federal court of competent jurisdiction in Illinois.

                                              Respectfully submitted,

                                              Relational, LLC

                                              By: <u>/s/ Kenneth B. Drost</u>
                                                   One of its Attorneys

Kenneth B. Drost, Esq.
Kenneth B. Drost, P.C.
111 Lions Drive, Suite 206
Barrington, Illinois 60010
(847) 381-1070
Attorney No. 03123292

 

### State of Delaware
#### The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware : [GO]    Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3814499 | Incorporation Date / Formation Date: | 06/10/2004 (mm/dd/yyyy) |
| Entity Name: | RELATIONAL, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 |
| City: | WILMINGTON    County: NEW CASTLE |
| State: | DE    Postal Code: 19808 |
| Phone: | (302)636-5401 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov




Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware :    Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2297797 | Incorporation Date / Formation Date: | 05/15/1992 (mm/dd/yyyy) |
| Entity Name: | ROSEMONT LEASING, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | THE PRENTICE-HALL CORPORATION SYSTEM, INC. |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 |
| City: | WILMINGTON       County: NEW CASTLE |
| State: | DE       Postal Code: 19808 |
| Phone: | (302)636-5400 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information   [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov



SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | RELATIONAL, LLC | **File Number** | 01198416 |
| **Status** | GOODSTANDING | **On** | 05/27/2008 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **File Date** | 06/29/2004 | **Jurisdiction** | DE |
| **Agent Name** | ILLINOIS CORPORATION SERVICE C | **Agent Change Date** | 06/29/2004 |
| **Agent Street Address** | 801 ADLAI STEVENSON DRIVE | **Principal Office** | 3701 ALGONQUIN RD. STE 600 ROLLING MEADOWS 60008 |
| **Agent City** | SPRINGFIELD | **Management Type** | MGR |
| **Agent Zip** | 62703 | **Dissolution Date** | PERPETUAL |
| **Annual Report Filing Date** | 05/27/2008 | **For Year** | 2008 |
| **Assumed Name** | ACTIVE - RELATIONAL TECHNOLOGY SOLUTIONS<br>INACTIVE - RELATIONAL TRADING | | |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**      Purchase Certificate of Good Standing

(One Certificate per Transaction)

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**



**Georgia Secretary of State**
**Karen C. Handel**

Archives · Corporations · Elections · News Room · Professional Licensure · Securities · State Capitol

|   |   |
|---|---|
| **Search** | **View Filed Documents** |
| ▶ By Business Name | **Date:** 9/5/2008   (Annual Registration History etc.) |
| ▶ By Control No | |
| ▶ By Officer | |
| ▶ By Registered Agent | |
| **Verify** | **File Annual Registration Online** |
| ▶ Verify Certification | or |
| **New Filing** | **Print A Paper Annual Registration Form** |
| ▶ Click here to file online for: | |
| ▶ New Limited Liability Company (LLC) | **PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website. |
| ▶ New Business Corporation | |
| ▶ New Non-Profit Corporation | |
| ▶ New Professional Corporation (PC) | |
| **Annual Registration** | |
| ▶ Annual Registration | |
| **Name Reservation** | |
| ▶ File Name Reservation Online | |



Business Name History

| Name | Name Type |
|---|---|
| BESTEL COMMUNICATIONS, INC. | Current Name |

### Profit Corporation - Domestic - Information

| | |
|---|---|
| **Control No.:** | 0252821 |
| **Status:** | Active/Compliance |
| **Entity Creation Date:** | 10/18/2002 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 3355 LENOX RD NE STE 1100 ATLANTA GA 30326-1354 |
| **Last Annual Registration Filed Date:** | 3/27/2008 |
| **Last Annual Registration Filed:** | 2008 |

### Registered Agent

| | |
|---|---|
| **Agent Name:** | STEVEN J. STRELZIK |
| **Office Address:** | 3355 LENOX RD. NE STE 1100 ATLANTA GA 30326 |
| **Agent County:** | FULTON |

### Officers

| | |
|---|---|
| **Title:** | CEO |
| **Name:** | JOSEPH JOHN MACALUSO |
| **Address:** | 3355 LENOX RD.N.E. SUITE 200 ATLANTA GA 30326 |

| | |
|---|---|
| **Title:** | CFO |
| **Name:** | JOSEPH JOHN MACALUSO |
| **Address:** | 3355 LENOX RD.N.E. SUITE 200 ATLANTA GA 30326 |

(Also shown in sidebar: Online Orders — ▶ Register for Online Orders, ▶ Order Certificate of Existence, ▶ Order Certified Documents)

|  |  |
|---|---|
| **Title:** | **Secretary** |
| **Name:** | **JOSEPH JOHN MACALUSO** |
| **Address:** | 3355 LENOX RD.N.E.<br>SUITE 200<br>ATLANTA GA 30326 |