IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Relational, LLC, a Delaware Limited Liability Company | ) ) ) No. 08 C 3777 |
| Plaintiff, | ) ) |
| v. | ) Honorable Samuel Der-Yeghiayan ) |
| Bestel Communications, Inc., a Georgia corporation | ) ) Magistrate Judge Susan E. Cox ) |
| Defendant. | ) |

**NOTICE OF FILING**

**To:**  Gavin John Fleming
Beals Hubbard, PLC
30665 Northwestern Highway, Ste, 100
Farmington Hills, MI 48334

PLEASE TAKE NOTICE, that on   September 5, 2008  , we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Joint Jurisdictional Status Report, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

Relational, LLC

By:  /s/ Kenneth B. Drost
One of its attorneys

I, Kenneth B. Drost, an attorney, hereby certify that I served a copy of the attached and foregoing Notice Of Filing and Joint Jurisdictional Report on each party of record through the Court's CF/ECM filing system, on September 5, 2008, before the hour of 5:00 p.m.

/s/ Kenneth B. Drost
Kenneth B. Drost

Kenneth B. Drost
Attorney for Plaintiff
111 Lions Drive, Suite 206
Barrington, IL  60010
(847) 381-1070
Atty No. 03123292